Boise J. Sellers, Respondent, v. Albert Hathaway et al., Appellants.— Appeal

989

Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Simons, JJ., concur.